### In the United States District Court
### for the District of Kansas

—————————

Case Nos.   2:22-2211-TC-ADM
2:22-2212-TC-ADM
2:22-2213-TC-ADM

—————————

PATRICE HARRIS,

*Plaintiff*

v.

KANSAS EMPLOYMENT SECURITY BOARD OF REVIEW,

*Defendant*

—————————

## ORDER ADOPTING REPORT & RECOMMENDATION

Magistrate Judge Angel D. Mitchell issued a Report and Recommendation that Plaintiff Patrice Harris's claims against the Kansas Employment Security Board of Review be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Doc. 8 at 5. The R&R allowed Plaintiff Harris 14 days after service to file any objections. *See, e.g.*, No. 22-2211, Doc. 8 at 6.

The R&R was entered on June 21, 2022. Copies were successfully delivered to Plaintiff Harris by certified mail on June 24, 2022. *See, e.g.*, No. 22-2211, Doc. 9. More than 14 days have passed without Plaintiff having filed any written objections. Therefore, the Court finds that in the absence of objections to the R&R, it should be adopted

IT IS THEREFORE ORDERED that the R&R be adopted and these cases be dismissed. The R&R (No. 22-2211, Doc. 8; No. 22-2212, Doc. 10; No. 22-2213, Doc. 9) is adopted at this Court's own order, and these cases are dismissed.

IT IS SO ORDERED.

Date:  July 14, 2022         s/ Toby Crouse
Toby Crouse
United States District Judge